UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TIQUILA YOUNG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )     3:23-CV-362-KAC-JEM |
| PSYCHIATRIC SERVICES OF EAST | ) |
| TENNESSEE, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is United States Magistrate Judge Jill E. McCook's "Report and Recommendation" ("Report") [Doc. 30]. On October 4, 2023, Plaintiff Tiquila Young filed a Complaint against Defendants Psychiatric Services of East Tennessee, LLC; Recovery Staffing Inc.; and James R. Stubblefield [Doc. 1], alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. [Doc. 1 at 5-6]. Plaintiff served each Defendant on October 27, 2023 [Doc. 7]

When no Defendant responded, Plaintiff filed requests for entry of default as to each Defendant [*See* Docs. 11, 12]. The Clerk of Court subsequently entered default against each Defendant [*See* Docs. 14, 15, 16]. Thereafter, Plaintiff filed a "Second Motion for Default Judgment" under Federal Rule of Civil Procedure 55(b)(2) [Doc. 25].[1] To date, no Defendant has appeared.

The Report recommends that the Court grant Plaintiff's Motion in part and deny it in part

---

[1] Before that, Plaintiff moved for default judgment under Rule 55(b)(1) [*See* Docs. 19, 21, 22]. Because Plaintiff's claim was not "for a sum certain," Rule 55(b)(1) was not the proper mechanism to seek default judgment [*See* Doc. 24 at 1-3 (denying Plaintiff's motions for default judgment and allowing Plaintiff to "re-file" under Rule 55(b)(2))].

[Doc. 30 at 1, 10-11]. No Party has objected to the Report, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). After reviewing the record, the Court **ACCEPTS** and **ADOPTS** the Report [Doc. 30] under 28 U.S.C. § 636(b)(1) and Rule 72(b)(2). Accordingly, the Court:

(1) **GRANTS** Plaintiff's "Second Motion for Default Judgment" [Doc. 25] **in Part** and **DENIES** it **in Part** as set forth in the Report;

(2) **ADJUDGES** Defendants (a) Psychiatric Services of East Tennessee, LLC; (b) Recovery Staffing Inc.; and (c) James R. Stubblefield; liable to Plaintiff under the Fair Labor Standards Act; and

(3) **AWARDS** Plaintiff judgment in the amount of $71,434.45, plus-post judgment interest.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge